1   JEFFREY V. DUNN, Bar No. 131926
    jeffrey.dunn@bbklaw.com
2   CHRISTOPHER M. PISANO, Bar No. 192831
    christopher.pisano@bbklaw.com
3   DAMIAN A. NORTHCUTT, Bar No. 258183
    Damian.Northcutt@bbklaw.com
4   BEST BEST & KRIEGER LLP
    300 South Grand Avenue
5   25th Floor
    Los Angeles, California  90071
6   Telephone:     (213) 617-8100
    Facsimile:      (213) 617-7480
7
    Attorneys for Defendant
8   COUNTY OF SHASTA

9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13   AARON BUSTAMANTE, an individual,        Case No. 2:23-CV-01552-TLN-DMC

14              Plaintiff,                    **STIPULATION AND ORDER TO
                                             EXTEND COUNTY OF SHASTA'S
15       v.                                   TIME TO FILE AN ANSWER**

16   COUNTY OF SHASTA; ROBERT BALK, in
     his individual capacity as a Probation Officer   Judge:         Hon. Troy L. Nunley
17   of the COUNTY OF SHASTA; JUSTIN         Trial Date:    Not set
     KNIGHT in his individual capacity as a   Action Filed:  July 28, 2023
18   Probation Officer of the COUNTY OF
     SHASTA; and DOES 1-20 inclusive,
19
                Defendants.
20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP

## **STIPULATION**

On, August 5, 2024, the Court granted Defendant County of Shasta's ("County") Motion to Dismiss Plaintiff Aaron Bustamante's ("Plaintiff") First Amended Complaint (Dkt No. 26) ("Order").

Pursuant to the Court's Order, Plaintiff was given leave to amend, and was ordered to file his Second Amended Complaint ("SAC") within thirty days after the filing of the Order.  Defendant County was given twenty-one (21) days from the filing of Plaintiff's SAC to file a responsive pleading.

On September 3, 2024, Plaintiff filed his SAC.  Thus, the County's responsive pleading is currently due on September 24, 2024.

Counsel for Plaintiff and the County are currently meeting and conferring about whether the County will file a motion to dismiss the SAC, but need additional time to thoroughly discuss the substance of such a motion and any potential resolution.  Plaintiff's counsel is currently out of state which complicates the meet and confer process.

Given the foregoing, the parties believe it is in the best interest to continue the deadline for the County to file its response to the SAC. A short one week extension, until October 1, 2024, will not prejudice any of the parties.

Based on the foregoing, the parties STIPULATE as follows:

The time for the County to file an answer to the Second Amended Complaint shall be extended to October 1, 2024.

The Parties agree that this Stipulation may be e-signed to facilitate filing the document with the Court.

**IT IS SO STIPULATED.**

*[Signatures on Following Page]*

2:23-CV-01552-TLN-DMC
STIPULATION TO EXTEND COUNTY OF
SHASTA'S TIME TO FILE AN ANSWER

Dated: September 18, 2024                    BEST BEST & KRIEGER LLP

By: */s/ Damian A. Northcutt*
        CHRISTOPHER PISANO
        DAMIAN A. NORTHCUTT

        Attorneys for Defendant
        COUNTY OF SHASTA

Dated: September 18, 2024                    PORTER | SCOTT

By: */s/ Matthew R. Mendoza (as authorized on September 18, 2024*
        CARL S. FESSENDEN
        MATTHEW R. MENDOZA

        Attorneys for Defendant
        ROBERT BALK and JUSTIN KNIGHT

Dated: September 18, 2024                    BARR & MUDFORD, LLP

By: */s/ Brandon Storment (as authorized on September 18, 2024*
        CATHLEEN T. BARR
        BRANDON STORMENT
        ESTEE LEWIS
        ANDREW S. PLETCHER

        Attorneys for Plaintiff
        AARON BUSTAMANTE

IT IS SO ORDERED.

Dated: September 19, 2024

Troy L. Nunley
Chief United States District Judge

2:23-CV-01552-TLN-DMC
STIPULATION TO EXTEND COUNTY OF
SHASTA'S TIME TO FILE AN ANSWER

BEST BEST & KRIEGER LLP