UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BUSTAMANTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SHASTA; ROBERT BALK, in his individual capacity as a Probation Officer of the COUNTY OF SHASTA; JUSTIN KNIGHT in his individual capacity as a Probation Officer of the COUNTY OF SHASTA; and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:23-CV-01552-TLN-DMC<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE EXPERT DATES**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: Not set<br>Action Filed: July 28, 2023 |

# ORDER

Having considered the parties' Joint Stipulation to Continue Expert Dates, filed on December 6, 2024, and for good cause shown, the Court hereby modifies its Scheduling Order dated June 6, 2024 (Doc. 23) as follows:

**Deadline for Initial Designation of Expert Witness:  March 6, 2025**

**Deadline for Designation of Rebuttal Expert Witness:  April 3, 2025**

**Deadline to complete Expert Discovery:  June 6, 2025**

**IT IS SO ORDERED**.

Dated: December 9, 2024

_____
Troy L. Nunley
Chief United States District Judge